DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
REILLY T. STOLER, State Bar #310761
ABIGAIL H. WALD, State Bar #309110
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 355-3302 [Stoler]
(415) 554-3901 [Wald]
Facsimile: (415) 554-3837
E-Mail: reilly.stoler@sfcityatty.org
abigail.wald@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN SAHAGUN LOPEZ; GIOVANNA RAMIREZ-HERNANDEZ; LASONYA WELLS; SALLY BATES; VICTORIA CHEW; JAZMIN MENDEZ; LISA GONZALES; ADRIANA GONZALEZ OCHOA; ALEXCIS HERRERA; LACARLA CARR; SILVIA MONTOYA; DAMENA PAGE; COURTNEY BOSSE; CANTRAIL MURPHY; DEPHINA SYKES; TAYLOR ROSS; JAYLA GLASPAR; MARY O'NEAL; MELISSA PERNA; SARAH WALLS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO SHERIFF'S OFFICE; PAUL MIYAMOTO, in his individual and official capacity as Sheriff; KATHERINE JOHNSON, in her individual and official capacity as Undersheriff; SERGEANT IBARRA (first name unknown); DEPUTY DOCKERY (first name unknown); DEPUTY NG (first name unknown); DEPUTY MUSTOS (first name unknown); and DOES 101-500, inclusive,<br><br>Defendants. | Case No. 26-cv-04854-KAW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Trial Date: Not Set |

Pursuant to Local Rule 6-1, Plaintiffs Marilyn Sahagun Lopez, *et al*. and Defendant City and County of San Francisco (the "City") stipulate to extend the City's deadline to respond to Plaintiffs' Complaint:

WHEREAS Plaintiffs filed the Complaint in this action on May 22, 2026 (ECF No. 1);

WHEREAS the City's deadline to respond to the Complaint is July 14, 2026;

WHEREAS the parties agree that additional response time is appropriate to resolve service and streamline proceedings;

NOW THEREFORE, pursuant to Local Rule 6-1, the Parties STIPULATE that the City's deadline to respond to the Complaint shall be extended to October 12, 2026.

Dated: July 10, 2026

DAVID CHIU
City Attorney
JENNIFER E. CHOI
Chief Trial Deputy
REILLY T. STOLER
ABIGAIL H. WALD
Deputy City Attorneys

By: *<u>/s/ Reilly T. Stoler</u>*
REILLY T. STOLER
ABIGAIL H. WALD

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: July 10, 2026

THE VEEN FIRM, LLP

By: *<u>/s/ Anthony L. Label</u>*
ANTHONY L. LABEL

Attorneys for Plaintiffs
MARILYN SAHAGUN LOPEZ, ET AL.